1  K. Tom Kohan, Esq.; SBN: 225420
   **KOHAN LAW FIRM**
2  515 South Figueroa Street, Suite 1200
   Los Angeles, California  90071
3  Tel: (310) 349-1111
   Fax: (888)476-7010
4  Email: tom@kohanlawfirm.com

5

**Attorneys for Plaintiff**
6  **GU FENGCHUN**

7

8           UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA
9

10

11 GU FENGCHUN, an individual          )
                                       )  CASE NO.  17-CV-00963-VAP-AS
                  Plaintiff            )
12                                     )  **Assigned to:**
                                       )   Hon. Virginia A. Phillips
13                                     )
                                       )  NOTICE OF SETTLEMENT
14      v.                             )
                                       )  **Complaint Filed: 2/7/17**
15 SONY CORPORATION, a Japanese        )
   corporation; SONY CORPORATION OF    )  **Scheduling Conference: 6/19/2014**
16 AMERICA, a New York corporation; and)
   DOES 1-10, inclusive,               )
17                                     )
                  Defendants.          )
18 _____ )

19

20

21 //

22

23 //

24

25 //

26

27                        1

28 _____
                    **NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

In accordance with the Court's Standing Order and Local Rule 16-15.7 , Plaintiff hereby submits this Notice of Settlement to notify the Court that this action has been settled in its entirety, and to request 45 days in which to file the dismissal.

DATED:   June 12, 2017            KOHAN LAW FIRM

By:   /s/ *K. Tom Kohan*
      K. TOM KOHAN
      Attorney for Plaintiff
      GU FENGCHUN