**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

JUN 16, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GU FENGCHUN, | ) | Case No. LA17CV00963 VAP (ASx) |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SONY CORPORATION OF AMERICA, et al, | ) | |
| Defendants. | ) | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **forty-five (45) days** to enforce the terms of the settlement.

Dated: June 16, 2017

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm