K. Tom Kohan, Esq.; SBN: 225420
KOHAN LAW FIRM
515 South Figueroa Street, Suite 1200
Los Angeles, California 90071
Tel: (310) 349-1111
Fax: (888) 476-7010
Email: tom@kohanlawfirm.com

Attorneys for Plaintiff
GU FENGCHUN

JAMES R. ROSEN, ESQ. (State Bar No. 119438)
jrosen@rosensaba.com
JOSHUA D. SCHEIN, ESQ. (State Bar No. 264055)
jschein@rosensaba.com
Rosen ✣ Saba, LLP
9350 Wilshire Boulevard, Suite 250
Beverly Hills, California 90212
Telephone:   (310) 285-1727
Facsimile:   (310) 285-1728

Attorneys for Defendant,
SONY CORPORATION OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GU FENGCHUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, a Japanese corporation; SONY CORPORATION OF AMERICA, a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00963 VAP-AS<br>*Honorable Virginia A. Phillips*<br><br>**STIPULATION OF THE PARTIES TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  February 7, 2017 |

STIPULATION TO DISMISS ACTION

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The parties to this action, acting through their respective counsel of record, and pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii). hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action in its entirety. Each party shall bear its own attorney's fees and costs.

DATED: 6/28/2017

KOHAN LAW FIRM

By: _____
K. Tom Kohan, Esq.
Attorney for Plaintiff
GU FENGCHUN

DATED: 6-28-17

ROSEN SABA, LLP

By: _____
James R. Rosen, Esq.
Joshua D. Schein, Esq.
Attorneys for Defendant
SONY CORPORATION OF AMERICA

ROSEN η SABA, LLP
9350 WILSHIRE BOULEVARD, SUITE 250
BEVERLY HILLS, CALIFORNIA 90212

1
STIPULATION TO DISMISS ACTION

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss
COUNTY OF LOS ANGELES        )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 9350 Wilshire Boulevard, Suite 250, Beverly Hills, California 90212.

     On **July 7, 2017**, I served the foregoing document described as: **STIPULATION OF THE PARTIES TO DISMISS THE ENTIRE ACTION WITH PREJUDICE,** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| K Tom. Kohan, Esq., SBN 225420<br>KOHAN LAW FIRM<br>515 South Figueroa Street, Suite 1200<br>Los Angeles, California 90071<br>Email: tom@kohanlawfirm.com | Attorneys for Plaintiff Gu Fengchun:<br><br>Tel: (310) 349-1111<br>Fax: (888) 476-7010 |

[√]   By electronic transmission to all parties at the recipients at the electronic address above by using the Court's CM/ECF electronic filing system.

[√]   <u>FEDERAL</u>  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 7, 2017,** at Beverly Hills, California.

                                        */s/James R. Rosen*
                                         James R. Rosen