closed

**FILED**
CLERK, U.S. DISTRICT COURT

JUL 12, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GU FENGHUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, a Japanese corporation; SONY CORPORATION OF AMERICA, a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00963 VAP-AS<br>*Honorable Virginia A. Phillips*<br><br>**[PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 7, 2017 |

[PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE

# [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Having considered the parties' stipulation to Dismiss With Prejudice this action in its entirety,

**IT IS HEREBY ORDERED** that:

    (1)    This action is Dismissed With Prejudice; and

    (2)    Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: July 11, 2017

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

**STATE OF CALIBORNIA** )
) ss
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 9350 Wilshire Boulevard, Suite 250, Beverly Hills, California 90212.

On **July 12, 2017**, I served the foregoing document described as: **[PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE,** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| K Tom. Kohan, Esq., SBN 225420<br>KOHAN LAW FIRM<br>515 South Figueroa Street, Suite 1200<br>Los Angeles, California 90071<br>Email: tom@kohanlawfirm.com | Attorneys for Plaintiff Gu Fengchun:<br><br>Tel: (310) 349-1111<br>Fax: (888) 476-7010 |

[√] By electronic transmission to all parties at the recipients at the electronic address above by using the Court's CM/ECF electronic filing system.

[√] <u>FEDERAL</u> I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 12, 2017,** at Beverly Hills, California.

                                             */s/James R. Rosen*
                                               James R. Rosen